**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-03624 |
| | § | |
| ERNEST A WARD | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 01/30/2013. The case was converted to one under Chapter 7 on 02/27/2013. The undersigned trustee was appointed on 02/27/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $5,761.39

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $4.82 |
   | Bank service fees | $119.60 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $5,636.97 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/06/2013 and the deadline for filing government claims was 09/06/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,326.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,326.14, for a total compensation of $1,326.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/23/2014            By:   /s/ Horace Fox, Jr.
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 13-03624 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | WARD, ERNEST A | **Date Filed (f) or Converted (c):** 02/27/2013 (c) |
| **For the Period Ending:** | 7/23/2014 | **§341(a) Meeting Date:** 03/27/2013 |
| | | **Claims Bar Date:** 09/06/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | claim vs. PNC Bank for race discrimination | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | This claim has no value, as it is included in a recently filed class action, based on the small probability of recovery of an amount necessary to make a meaningful distribution to creditors. exemption claimed of 75% of value, per ILCS 5-12-803 and 740 ILCS 4 for retaliation claim | | | | | |
| 2 | claim vs. PNC Bank for violations of the FLSA, retaliation and possible wrongful termination | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | The trustee values this claim at zero in that it included in a recently filed class action that is not likely to generate an amount that is likely to pay creditors a meaningful dividend. 100% exemption claimed for wrongful termination claim, per 15USC section 1673. See exemption claimed other claim v. PNC | | | | | |
| 3 | 2012 Ford Escape | $30,000.00 | $0.00 | | $0.00 | FA |
| 4 | 1) beneficial interest in Ernest Ward Trust, consisting of a single family home, purchased 1999; pp.: $90,000; Location: 406 Dayward Court, Aurora, Illinois | $45,000.00 | $0.00 | | $0.00 | FA |
| 5 | 2) joint member in P & D 1-4 LLC, umbrella LLC consisting of sub series LLCs: a) ACTIVE - P & D 1-4, LLC - 63 E. 68TH SERIES, consists of two flat, purchased 5/2007; pp. $35,000; located at 63 E. 68th Street, Chicago, Illinois b) ACTIVE - P & D 1-4, LLC - 5330 SERIES, consists of single family home, purchased 5/2007; pp: $60,000; located at 5330 S. May, Chicago, Illinois c) ACTIVE - P & D 1-4, LLC - 4327-103 SERIES, consists of three bedroom condominium, purchased 2/2010; pp.: $22,000; located at 4327 S. Indiana, 1st Floor, Chicago, Illinois | $45,000.00 | $0.00 | | $0.00 | FA |
| 6 | household goods and furnishings,; linens, housewares, small appliances, pots, pans, dishes, ; stove, refrigerator, tv, couch, bed, dresser, tables, chairs, living room furnishings, bicycle, refrigerator, | $1,250.00 | $1,250.00 | | $0.00 | FA |

**FORM 1**
Page No: 2    Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-03624 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WARD, ERNEST A | | Date Filed (f) or Converted (c): | 02/27/2013 (c) |
| For the Period Ending: | 7/23/2014 | | §341(a) Meeting Date: | 03/27/2013 |
| | | | Claims Bar Date: | 09/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7   3) joint member in J & E Properties 5612 LLC, consisting of rowhouse, purchased 2006, pp.: $20,000, located at 539 West 66th Street, Chicago, Illinois | $0.00 | $0.00 | | $0.00 | FA |
| 8   401(k) | $48,500.00 | $0.00 | | $0.00 | FA |
| 9   IRA - | $70,937.65 | $0.00 | | $0.00 | FA |
| 10  Roth IRA | $10,900.00 | $0.00 | | $0.00 | FA |
| 11  Pension Plan (PNC Bank) - vested | $3,000.00 | $0.00 | | $0.00 | FA |
| 12  2012 Federal & State Tax Refunds | $1,842.00 | $0.00 | | $0.00 | FA |
| 13  Member, P & D 1-4, LLC - 63 E. 68th Series | $0.00 | $0.00 | | $0.00 | FA |
| 14  necessary wearing apparel, bible, texbooks, family pictures | $500.00 | $0.00 | | $0.00 | FA |
| 15  ring, | $200.00 | $0.00 | | $0.00 | FA |
| 16  Member, J & E Properties 5612, LLC involuntarily dissolved 7/13/2012, consists of umbrella LLC and 4 series LLCs. | $0.00 | $0.00 | | $0.00 | FA |
| 17  Member, P & D 1-4 LLC (not in good standing) | $0.00 | $0.00 | | $0.00 | FA |
| 18  cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 19  checking account at Ameriprise (Ameriprise One Financial Account) | $100.00 | $0.00 | | $0.00 | FA |
| 20  checking & savings account at PNC Bank | $868.71 | $0.00 | | $0.00 | FA |
| 21  universal life insurance policy - RiverSource Variable Universal Life IV Insurance | $6,750.68 | $5,761.39 | | $5,761.39 | FA |

**TOTALS (Excluding unknown value)**                                                                                                 **Gross Value of Remaining Assets**
                                $264,849.04                  $7,011.39                             $5,761.39                       $0.00

**Major Activities affecting case closing:**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3    Exhibit A

| Case No.: | 13-03624 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | WARD, ERNEST A | Date Filed (f) or Converted (c): | 02/27/2013 (c) |
| For the Period Ending: | 7/23/2014 | §341(a) Meeting Date: | 03/27/2013 |
| | | Claims Bar Date: | 09/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Evaluate FLSA, retaliation and race claims v. PNC. 1.3.14

Contact attonrey Margit Anderson who represents PNC, see what the merits of the defenses are. 2.17.14

Ford has filed a secured claim, but I sold nothing secured by it. See if Ford will value it as zero for purposes of distribution, otherwise file objection, Chris Purcell, 4.18.14

Request of Mr. Purcell to allow me, for purposes of distribution to value claim at zero since I sold nothing that is secured by his lien and Ford has signed a reaffirmation. 5.6.14

Examined claims v PNC in proposed class action suit (they are individual and not similar to others) case is 1.5 years old and attorneys will profit most. 5.12.14 Walk away from this asset.

Re numbered assets from 1, consecutively. 6.27.14
No exemption taken for race claim v. PNC or the wage and hour claim. There is also a whole life policy (requested copy) that shows some value (not exempt). 3.25.13

5.23.13 deposited non exempt balance of insurance proceeds.

Race and FlSA claims remain, investigate value. 6.12.13

Meet with Mr. de 'Medici to discuss and evaluate viability of claims v. PNC. 7.29.13

Need to consult employment/civil rights attorney to evaluate retaliation and race discrimination claims. 10.19.13

| Initial Projected Date Of Final Report (TFR): | 12/30/2015 | Current Projected Date Of Final Report (TFR): | 12/30/2015 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 13-03624 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | WARD, ERNEST A | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2172 | | | **Checking Acct #:** | ******2401 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 1/30/2013 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/23/2014 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 05/23/2013 | (21) | RiverSource Life Insurance Company | Life Insurance Recievables | 1129-000 | $5,761.39 | | $5,761.39 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.99 | $5,758.40 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.39 | $5,750.01 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.27 | $5,740.74 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.86 | $5,730.88 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.35 | $5,722.53 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.23 | $5,713.30 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.21 | $5,704.09 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.90 | $5,695.19 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.78 | $5,685.41 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $5,677.13 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.57 | $5,668.56 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $4.82 | $5,663.74 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.84 | $5,654.90 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.41 | $5,645.49 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.52 | $5,636.97 |

**SUBTOTALS** $5,761.39 $124.42

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 13-03624 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | WARD, ERNEST A | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2172 | | | **Checking Acct #:** | ******2401 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 1/30/2013 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/23/2014 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  | **TOTALS:** |  | $5,761.39 | $124.42 | $5,636.97 |
|---|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $5,761.39 | $124.42 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $5,761.39 | $124.42 | |

| For the period of 1/30/2013 to 7/23/2014 | | For the entire history of the account between 05/23/2013 to 7/23/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,761.39 | Total Compensable Receipts: | $5,761.39 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,761.39 | Total Comp/Non Comp Receipts: | $5,761.39 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $124.42 | Total Compensable Disbursements: | $124.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $124.42 | Total Comp/Non Comp Disbursements: | $124.42 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-03624 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WARD, ERNEST A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2172 | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/30/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/23/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,761.39 | $124.42 | $5,636.97 |

**For the period of 1/30/2013 to 7/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,761.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,761.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $124.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $124.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/27/2013 to 7/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,761.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,761.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $124.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $124.42 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

Exhibit C

CLAIM ANALYSIS REPORT

Page No: 1

| Case No. | 13-03624 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WARD, ERNEST A | | | | | | | Date: | 7/23/2014 |
| Claims Bar Date: | 09/06/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, TRUSTEE  6 East Monroe # 1004  Chicago IL 60603 | 03/10/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,326.14 | $1,326.14 | $0.00 | $0.00 | $0.00 | $1,326.14 |
| 2 | FORD MOTOR CREDIT COMPANY LLC  DRAWER 55-953  P.O. BOX 55000  DETROIT MI 48255-0953 | 02/14/2013 | Real Estate - Consensual Liens | Allowed | 4110-000 | $30,000.00 | $27,739.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Call Chris Purcel, ask him if claim can be valued at zero for distribution purposes, since I administered nothing that is secured by Ford's lien. Failing that, file objection. 3.7.14  Mr. Purcell agreed that for distribution purposes the claim could be valued at zero. See his e-mail of 5.29.14

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PNC BANK  PO BOX 94982  CLEVELAND OH 44101 | 02/04/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,313.28 | $5,313.28 | $0.00 | $0.00 | $0.00 | $5,313.28 |

**Claim Notes:** (1-1) COLLATERAL=UNSECURED CREDIT CARD 9479

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | BMO HARRIS BANK, N.A.  c/o Howard and Howard  200 S. Michigan Ave, Suite 1100  Chicago IL 60604 | 03/28/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $97,102.37 | $97,102.37 | $0.00 | $0.00 | $0.00 | $97,102.37 |
| | | | | | | $131,481.16 | $103,741.79 | $0.00 | $0.00 | $0.00 | | $103,741.79 |

# CLAIM ANALYSIS REPORT

Page No: 2                     Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 13-03624 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | WARD, ERNEST A | | **Date:** | 7/23/2014 |
| **Claims Bar Date:** | 09/06/2013 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| General Unsecured 726(a)(2) | $102,415.65 | $102,415.65 | $0.00 | $0.00 | $0.00 | $102,415.65 |
| Real Estate - Consensual Liens | $27,739.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,326.14 | $1,326.14 | $0.00 | $0.00 | $0.00 | $1,326.14 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      13-03624
Case Name:     ERNEST A WARD
Trustee Name:  Horace Fox, Jr.

Balance on hand:  $5,636.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | FORD MOTOR CREDIT COMPANY LLC | $27,739.37 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:  $0.00
Remaining balance:  $5,636.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, trustee, Trustee Fees | $1,326.14 | $0.00 | $1,326.14 |

Total to be paid for chapter 7 administrative expenses:  $1,326.14
Remaining balance:  $4,310.83

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $4,310.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,310.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $102,415.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PNC BANK | $5,313.28 | $0.00 | $223.64 |
| 3 | BMO Harris Bank, N.A. | $97,102.37 | $0.00 | $4,087.19 |

|  | Total to be paid to timely general unsecured claims: | $4,310.83 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**