**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-03624 |
| | § | |
| ERNEST A WARD | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/27/2014, in Courtroom 742, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/25/2014                          By:  /s/ Horace Fox, Jr.
                                                                              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                              §        Case No. 13-03624
                                                    §
ERNEST A WARD                                       §
                                                    §
                                                    §
                                                    §
                        Debtor(s)                   §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                              $5,761.39
*and approved disbursements of*                                    $124.42
*leaving a balance on hand of[1] :*                               $5,636.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | FORD MOTOR CREDIT COMPANY LLC | $27,739.37 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:        $0.00
Remaining balance:        $5,636.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, trustee, Trustee Fees | $1,326.14 | $0.00 | $1,326.14 |

Total to be paid for chapter 7 administrative expenses:        $1,326.14
Remaining balance:        $4,310.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,310.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $4,310.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $102,415.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PNC BANK | $5,313.28 | $0.00 | $223.64 |
| 3 | BMO Harris Bank, N.A. | $97,102.37 | $0.00 | $4,087.19 |

Total to be paid to timely general unsecured claims: $4,310.83
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

**UST Form 101-7-NFR (10/1/2010)**

Remaining balance:        $0.00

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:        $0.00
Remaining balance:        $0.00

Prepared By:    /s/ Horace Fox, Jr.
                    Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-03624-CAD
Ernest A Ward                                                         Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen          Page 1 of 1          Date Rcvd: Aug 04, 2014
                              Form ID: pdf006       Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2014.
db          +Ernest A Ward,   4327 S. Indiana Avenue,   #1,   Chicago, IL 60653-3215
19982384    +BMO Harris Bank, N.A.,   c/o Howard and Howard,   200 S. Michigan Ave, Suite 1100,
              Chicago, IL 60604-2461
19982387    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
              Kansas City, MO 64195)
19982385     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
19982386     Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
19982388    +City of Chicago,   c/o Corporation Counsel,   30 N. LaSalle Street, Room 800,
              Chicago, IL 60602-3542
20042754    ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court: FORD MOTOR CREDIT COMPANY LLC,   DRAWER 55-953,   P.O. BOX 55000,
              DETROIT, MI  48255-0953,   Telephone no. (800) 955-8532)
19982389    #+Ford Credit Company,   Ford Credit,   Po Box 6275,   Deerborn, MI 48121-6275
19999492    +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
19982393     PNC Bank,   PO Box 3429,   Pittsburgh, PA 15230-3429
19982391    +PennyMac,   PO Box 514387,   Los Angeles, CA 90051-4387
20062552    +PennyMac  Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
              3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
19982392    +Pennymac Loan Services,   6101 Condor Drive,   Moorpark, CA 93021-2602
19982394    +Pnc Bank, N.A.,   P.o.box 3180,   Pittsburgh, PA 15230-3180
19982395    +Sherman & Sherman,   120 South LaSalle Street,   Suite 1460,   Chicago, IL 60603-3575
19982396    +Urban Partnership Bank,   7054 S Jeffery Blvd,   Chicago, IL 60649-2095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19982390*   ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Corporation,   National Bankruptcy Center,
              Po Box 537901,   Livonia, MI 48153-7901)
                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2014 at the address(es) listed below:
        Horace Fox, JR    foxhorace@aol.com,
          hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
        Lorraine M Greenberg    on behalf of Debtor Ernest A Ward lgreenberg@greenberglaw.net,
          lmganda@gmail.com
        Michael L Sherman    on behalf of Creditor   FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Tony Kim    on behalf of Attorney   Counsel of Record for Ernest Ward in Federal Court Overtime
          Litigation tkim@lawsds.com,  fedfilings@lawsds.com;lschad@lawsds.com;stomiello@lawsds.com
                                                                    TOTAL: 5