**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-03624 |
| | § | |
| ERNEST A WARD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $118,850.00 | Assets Exempt: | $140,237.65 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,310.83 | Claims Discharged Without Payment: | $108,800.82 |
| Total Expenses of Administration: | $1,450.56 | | |

3) Total gross receipts of $5,761.39 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,761.39 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $188,130.00 | $27,739.37 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,450.56 | $1,450.56 | $1,450.56 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $105,938.00 | $102,415.65 | $102,415.65 | $4,310.83 |
| **Total Disbursements** | $294,068.00 | $131,605.58 | $103,866.21 | $5,761.39 |

4). This case was originally filed under chapter 13 on 01/30/2013. The case was converted to one under Chapter 7 on 02/27/2013. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/06/2014     By: /s/ Horace Fox, Jr.
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| universal life insurance policy - RiverSource Variable Universal Life IV Insurance | 1129-000 | $5,761.39 |
| **TOTAL GROSS RECEIPTS** | | $5,761.39 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FORD MOTOR CREDIT COMPANY LLC | 4110-000 | $27,739.00 | $27,739.37 | $0.00 | $0.00 |
| | ALDRIDGE CONNORS LLP | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PENNYMAC LOAN SERVICE | 4110-000 | $65,085.00 | $0.00 | $0.00 | $0.00 |
| | urban partnership Bank | 4110-000 | $95,306.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $188,130.00 | $27,739.37 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, trustee, Trustee | 2100-000 | NA | $1,326.14 | $1,326.14 | $1,326.14 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $4.82 | $4.82 | $4.82 |
| Green Bank | 2600-000 | NA | $119.60 | $119.60 | $119.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,450.56 | $1,450.56 | $1,450.56 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK | 7100-000 | $5,242.00 | $5,313.28 | $5,313.28 | $223.64 |
| 3 | BMO Harris Bank, N.A. BRK-180-RC | 7100-000 | $90,000.00 | $97,102.37 | $97,102.37 | $4,087.19 |
|  | CHASE | 7100-000 | $2,604.00 | $0.00 | $0.00 | $0.00 |
|  | CITI | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | CITIBANK | 7100-000 | $8,092.00 | $0.00 | $0.00 | $0.00 |
|  | CITY OF CHICAGO | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | PNC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $105,938.00 | $102,415.65 | $102,415.65 | $4,310.83 |

**UST Form 101-7-TDR (10/1/2010)**

Case 13-03624   Doc 50   Filed 11/03/14   Entered 11/03/14 15:39:49   Desc Main
Document      Page 5 of 10

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1        Exhibit 8

| Case No.: | 13-03624 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WARD, ERNEST A | | | Date Filed (f) or Converted (c): | 02/27/2013 (c) |
| For the Period Ending: | 10/6/2014 | | | §341(a) Meeting Date: | 03/27/2013 |
| | | | | Claims Bar Date: | 09/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | claim vs. PNC Bank for race discrimination | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This claim has no value, as it is included in a recently filed class action, based on the small probability of recovery of an amount necessary to make a meaningful distribution to creditors. exemption claimed of 75% of value, per ILCS 5-12-803 and 740 ILCS 4 for retaliation claim | | | | | |
| 2 | claim vs. PNC Bank for violations of the FLSA, retaliation and possible wrongful termination | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | The trustee values this claim at zero in that it included in a recently filed class action that is not likely to generate an amount that is likely to pay creditors a meaningful dividend. 100% exemption claimed for wrongful termination claim, per 15USC section 1673. See exemption claimed other claim v. PNC | | | | | |
| 3 | 2012 Ford Escape | $30,000.00 | $0.00 | | $0.00 | FA |
| 4 | 1) beneficial interest in Ernest Ward Trust, consisting of a single family home, purchased 1999; pp.: $90,000; Location: 406 Dayward Court, Aurora, Illinois | $45,000.00 | $0.00 | | $0.00 | FA |
| 5 | 2) joint member in P & D 1-4 LLC, umbrella LLC consisting of sub series LLCs: a) ACTIVE - P & D 1-4, LLC - 63 E. 68TH SERIES, consists of two flat, purchased 5/2007; pp. $35,000; located at 63 E. 68th Street, Chicago, Illinois b) ACTIVE - P & D 1-4, LLC - 5330 SERIES, consists of single family home, purchased 5/2007; pp: $60,000; located at 5330 S. May, Chicago, Illinois c) ACTIVE - P & D 1-4, LLC - 4327-103 SERIES, consists of three bedroom condominium, purchased 2/2010; pp.: $22,000; located at 4327 S. Indiana, 1st Floor, Chicago, Illinois | $45,000.00 | $0.00 | | $0.00 | FA |
| 6 | household goods and furnishings,; linens, housewares, small appliances, pots, pans, dishes, ; stove, refrigerator, tv, couch, bed, dresser, tables, chairs, living room furnishings, bicycle, refrigerator, | $1,250.00 | $1,250.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2        Exhibit 8

| Case No.: | 13-03624 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WARD, ERNEST A | | Date Filed (f) or Converted (c): | 02/27/2013 (c) |
| For the Period Ending: | 10/6/2014 | | §341(a) Meeting Date: | 03/27/2013 |
| | | | Claims Bar Date: | 09/06/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 7 | 3) joint member in J & E Properties 5612 LLC, consisting of rowhouse, purchased 2006, pp.: $20,000, located at 539 West 66th Street, Chicago, Illinois | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 401(k) | $48,500.00 | $0.00 | | $0.00 | FA |
| 9 | IRA - | $70,937.65 | $0.00 | | $0.00 | FA |
| 10 | Roth IRA | $10,900.00 | $0.00 | | $0.00 | FA |
| 11 | Pension Plan (PNC Bank) - vested | $3,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2012 Federal & State Tax Refunds | $1,842.00 | $0.00 | | $0.00 | FA |
| 13 | Member, P & D 1-4, LLC - 63 E. 68th Series | $0.00 | $0.00 | | $0.00 | FA |
| 14 | necessary wearing apparel, bible, texbooks, family pictures | $500.00 | $0.00 | | $0.00 | FA |
| 15 | ring, | $200.00 | $0.00 | | $0.00 | FA |
| 16 | Member, J & E Properties 5612, LLC involuntarily dissolved 7/13/2012, consists of umbrella LLC and 4 series LLCs. | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Member, P & D 1-4 LLC (not in good standing) | $0.00 | $0.00 | | $0.00 | FA |
| 18 | cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 19 | checking account at Ameriprise (Ameriprise One Financial Account) | $100.00 | $0.00 | | $0.00 | FA |
| 20 | checking & savings account at PNC Bank | $868.71 | $0.00 | | $0.00 | FA |
| 21 | universal life insurance policy - RiverSource Variable Universal Life IV Insurance | $6,750.68 | $5,761.39 | | $5,761.39 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                **Gross Value of Remaining Assets**

$264,849.04        $7,011.39        $5,761.39        $0.00

**Major Activities affecting case closing:**

Draft final awaiting September bank statement 9.25.14

Checks written 8.28.14

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 13-03624 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WARD, ERNEST A | | | Date Filed (f) or Converted (c): | 02/27/2013 (c) |
| For the Period Ending: | 10/6/2014 | | | §341(a) Meeting Date: | 03/27/2013 |
| | | | | Claims Bar Date: | 09/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Draft final report, 7.23.14

Evaluate FLSA, retaliation and race claims v. PNC. 1.3.14

Contact attonrey Margit Anderson who represents PNC, see what the merits of the defenses are. 2.17.14

Ford has filed a secured claim, but I sold nothing secured by it. See if Ford will value it as zero for purposes of distribution, otherwise file objection, Chris Purcell, 4.18.14

Request of Mr. Purcell to allow me, for purposes of distribution to value claim at zero since I sold nothing that is secured by his lien and Ford has signed a reaffirmation. 5.6.14

Examined claims v PNC in proposed class action suit (they are individual and not similar to others) case is 1.5 years old and attorneys will profit most. 5.12.14 Walk away from this asset.

Re numbered assets from 1, consecutively. 6.27.14

No exemption taken for race claim v. PNC or the wage and hour claim. There is also a whole life policy (requested copy) that shows some value (not exempt). 3.25.13

5.23.13 deposited non exempt balance of insurance proceeds.

Race and FlSA claims remain, investigate value. 6.12.13

Meet with Mr. de 'Medici to discuss and evaluate viability of claims v. PNC. 7.29.13

Need to consult employment/civil rights attorney to evaluate retaliation and race discrimination claims. 10.19.13

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2015 | **Current Projected Date Of Final Report (TFR):** | 12/30/2015 | /s/ HORACE FOX, JR. | |
| | | | | HORACE FOX, JR. | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-03624 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WARD, ERNEST A | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2172 | | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/30/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/6/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/23/2013 | (21) | RiverSource Life Insurance Company | Life Insurance Recievables | 1129-000 | $5,761.39 | | $5,761.39 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.99 | $5,758.40 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.39 | $5,750.01 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.27 | $5,740.74 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.86 | $5,730.88 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.35 | $5,722.53 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.23 | $5,713.30 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.21 | $5,704.09 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.90 | $5,695.19 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.78 | $5,685.41 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $5,677.13 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.57 | $5,668.56 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $4.82 | $5,663.74 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.84 | $5,654.90 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.41 | $5,645.49 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.52 | $5,636.97 |
| 08/27/2014 | 5002 | Horace Fox, trustee | Trustee Compensation | 2100-000 | | $1,326.14 | $4,310.83 |
| 08/27/2014 | 5003 | PNC BANK | Final Account Number: ; Claim #: 1; Dividend: 3.96; Amount Allowed: 5,313.28; Notes: (1-1) COLLATERAL=UNSECURED CREDIT CARD 9479; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $223.64 | $4,087.19 |
| 08/27/2014 | 5004 | BMO Harris Bank, N.A.  BRK-180-RC | Final Account Number: ; Claim #: 3; Dividend: 72.50; Amount Allowed: 97,102.37; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $4,087.19 | $0.00 |
| | | | **SUBTOTALS** | | $5,761.39 | $5,761.39 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-03624 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WARD, ERNEST A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2172 | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/30/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/6/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,761.39 | $5,761.39 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,761.39 | $5,761.39 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $5,761.39 | $5,761.39 | |

| For the period of 1/30/2013 to 10/6/2014 | | For the entire history of the account between 05/23/2013 to 10/6/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,761.39 | Total Compensable Receipts: | $5,761.39 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,761.39 | Total Comp/Non Comp Receipts: | $5,761.39 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,761.39 | Total Compensable Disbursements: | $5,761.39 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,761.39 | Total Comp/Non Comp Disbursements: | $5,761.39 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-03624 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WARD, ERNEST A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2172 | | Checking Acct #: | ******2401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/30/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/6/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,761.39 | $5,761.39 | $0.00 |

**For the period of 1/30/2013 to 10/6/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,761.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,761.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,761.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,761.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/27/2013 to 10/6/2014**

| | |
|---|---|
| Total Compensable Receipts: | $5,761.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,761.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,761.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,761.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.